374 A.2d 975
COMMONWEALTH of Pennsylvania
v.
Thurman WALKER, Appellant.

Supreme Court of Pennsylvania.

Submitted Nov. 11, 1977.

Decided July 8, 1977.

Daniel H. Greene, Philadelphia, for appellant.

F. Emmett Fitzpatrick, Dist. Atty., Steven H. Goldblatt, Asst. Dist. Atty., for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX, MANDERINO and PACKEL, JJ.

## OPINION OF THE COURT

PER CURIAM.

Appellant alleges that he was denied effective assistance of counsel. The record fails to support this claim. See *Commonwealth ex rel. Washington v. Maroney*, 427 Pa. 599, 235 A.2d 349 (1974). See generally *Commonwealth v. McGrogan*, 449 Pa. 584, 297 A.2d 456 (1972).

Order affirmed.

JONES, former C. J., did not participate in the decision of this case.